**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6541**

---

CEDEAL T. HARPER,

        Plaintiff - Appellant,

     v.

CAPTAIN JAMES MCCLOUD, individually and in their official capacities; DAVID BALLARD, Warden; JIM RUBENSTEIN, Commissioner,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Thomas E. Johnston, District Judge. (2:12-cv-00656)

---

Submitted: June 19, 2014          Decided: June 23, 2014

---

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Cedeal T. Harper, Appellant Pro Se. John P. Fuller, Suleiman O. Oko-ogua, BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedeal T. Harper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harper v. McCloud, No. 2:12-cv-00656 (S.D.W. Va. Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED